# Exhibit B



![USPS.COM]

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

     Search or Enter a Tracking Number 

**Small Claims**
**EFiling Court Document Processor – Service by Certified Mail**

Van Nuys Courthouse East

Filing Id:      151005000691

Case Number:    15V08810

The plaintiff(s) for this filing has requested the Court to attempt to serve the following defendant(s) by Certified Mail.

Portfolio Recovery Association, LLC
Same Day Process (Certified Mail Agent)
140 Corporate Boulevard, Norfolk, VA
23502

15V08810    11/25   Z

**CERTIFIED MAIL**

7014 3490 0001 4987 6988

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES**

NORTHWEST DISTRICT-VAN NUYS (EAST
CIVIL OFFICE
6230 SYLMAR AVENUE
VAN NUYS, CALIFORNIA 91401

USPS Postage $12.10 — OCT 08 2015 — MAILED FROM ZIPCODE 91401

**RESTRICTED DELIVERY**