CIV-110

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Taline Simonian, Pro se
17707 Collins Street, Encino, CA 91316
TELEPHONE NO.: 818-645-9880
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): In Pro Per

**FOR COURT USE ONLY**

FILED
CLERK, U.S. DISTRICT COURT
NOV 25 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Van Nuys Courthouse East
STREET ADDRESS: 6230 Sylmar Avenue,
MAILING ADDRESS: Room 340
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Small claims

PLAINTIFF/PETITIONER: Taline Simonian
DEFENDANT/RESPONDENT: Portfolio Recovery Association, LLC

**REQUEST FOR DISMISSAL**

CASE NUMBER: CV15-8796-SVW (JCx) / 15V08810

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document.
- This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [X] With prejudice    (2) [ ] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):  on (date):
      (4) [ ] Cross-complaint filed by (name):  on (date):
      (5) [X] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

2. (Complete in all cases except family law cases.)
   The court [ ] did [X] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date:
Taline Simonian
(TYPE OR PRINT NAME OF [ ] ATTORNEY [X] PARTY WITHOUT ATTORNEY)
(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:
   (TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
   (SIGNATURE)

** If a cross-complaint — or Response (Family Law) seeking affirmative relief — is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-Complainant

(To be completed by clerk)

4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):  as to only (name):
6. [ ] Dismissal **not** entered as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed    [ ] means to return conformed copy

Date: _____  Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

| SC-112A | Proof of Service by Mail | Case Number: 15V08810 |

See instructions on other side.

☑ This form is attached to the document checked in ② below.

① **Server's information**
Name: Taline Simonian          Phone: 818 645 9880
Street or mailing address: 17707 Collins Street
City: Encino, CA 91316          State: _____  Zip Code: _____

☐ Check here if you are a registered process server, and write:
County where registered: _____   Registration #: _____

② **Form or document served**
a. ☐ Form SC-105, *Request for Court Order and Answer*
b. ☐ Form SC-109, *Authorization to Appear*
c. ☐ Form SC-114, *Request to Amend Claim Before Hearing*
d. ☐ Form SC-133, *Judgment Debtor's Statement of Assets*
e. ☐ Form SC-150, *Request to Postpone Trial*
f. ☐ Form SC-221, *Response to Request to Make Payments*
g. ☒ Other document allowed to be served by mail *(specify)*:
   ☐ Check here if there is not enough space below to list the document served. List the document on a separate page, and write "SC-112A, Item 2" at the top.
   Request for Dismissal

③ **Server's declaration**
a. I am 18 or older. I am not a party to this small claims case. I live or work in the county where I did the mailing described below.
b. I placed copies of the document checked in ② and an unsigned copy of this page in a sealed envelope, addressed as follows:
   ☐ Check here if there is not enough space below to list all parties served. List their names and addresses on a separate page, and write "SC-112A, Item 3" at the top.

| Name of party served | Mailing address on the envelope |
|---|---|
| Portfolio Recovery Association LLC | 140 Corporate Blvd, Norfolk VA 23502 |
| United States District Court Central District of California | U.S. Courthouse Los Angeles, CA 90012 |

c. On *(date of mailing)*: 11/20/15, I placed each envelope in the mail, with postage paid, at *(city and state of mailing)*: Encino, California

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 11/20/15
Taline Simonian
Type or print server's name                ▶ Server signs here *(signature)*

Judicial Council of California, www.courtinfo.ca.gov
New July 1, 2010, Optional Form
Cal. Rules of Court, rule 3.2107

**Proof of Service by Mail**
(Small Claims)

SC-112A

Taline Simonian
17707 Collins Street
Encino, CA 91316

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 24 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SVW

United States District Court
Central District of California
Office of the clerk
U.S. Courthouse
Los Angeles CA 90012